# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VARNELL JACKSON III,<br><br>Petitioner,<br><br>v.<br><br>EDWARD BORLA,<br><br>Respondent. | Case No. 1:25-cv-01945-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO RE-SERVE MOTION TO DISMISS ON PETITIONER<br><br>(ECF No. 14) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 23, 2026, Respondent filed a motion to dismiss. (ECF No. 11.) On April 23, 2026, the Court received the instant notice from Petitioner indicating that he has not received Respondent's motion to dismiss. (ECF No. 14.) Based on information received from a court clerk, Petitioner states that the P.O. Box listed in the certificate of service for the motion to dismiss is incorrect. (Id.)

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondent SHALL re-serve the motion to dismiss on Petitioner at the correct address;

2. Within seven (7) days of the date of service of this order, Respondent SHALL file a certificate of service with the Court; and

3. Within twenty-one (21) days of the updated date of service of the motion to dismiss, Petitioner SHALL file an opposition or statement of non-opposition to the motion to dismiss; and

4. Any reply to an opposition to the motion to dismiss SHALL be filed within fourteen (14) days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

Dated:    **April 27, 2026**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2